**Ernest SWINSON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 83678.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 19, 2004.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Movant, Ernest Swinson, appeals from the denial of his Rule 29.15 motion, without an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).